KATAYAMA W. MABRAY    * U.S BANKRUPTCY COURT
                                                * FOR THE SOUTHERN DISTRICT OF FLORIDA
                                                * CHAPTER 7

DEBTOR
                                                * CASE NO: 20-21557-RAM

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **MOTION TO REOPEN BANKRUPTCY CASE**

The Defendant, Katayama W. Mabray, hereby moves this Court to reopen his Chapter 7 Bankruptcy case, and provides details as follows;

1. On November 18, 2020, this Court dismissed the debtor, Katayama Mabray petition for Bankruptcy due to the debtor's lack of response to this Court's request to provide identification and financial statements.

2. That the debtor who is illiterate and depends on family to aid him and reading documents, expediently reached out to family, who resides out of State to interpret the notice produce by this Court requesting the documents detailed above in paragraph (1).

3. That upon interpreting the document produced by this Court requesting the items listed in paragraph (1), the debtor forwarded a motion to this Court requesting more time to produce and provide the documents, but this Court dismissed the Debtor's Bankruptcy prior to the motion being received.

4. That since forwarding the motion to this Court requiring more time to provide documents the Debtor has retrieved all documents requested by this Court to satisfy its filing requirements in order to file his chapter 7 Bankruptcy.
**(see documents attached exhibit A)**

5. That as of today, November 23, 2020, the debtor has completed all the other necessary required steps ordered by this Court and humbly request this Court to reopen his Chapter 7 Bankruptcy case and allow him to go forward until he obtains a discharge.

**Wherefore,** the debtor, humbly request this honorable Court reopen his case for Bankruptcy.

_____
Katayama W. Mabray

Nov 23, 2020
Date

EXHIBIT A

Case 20-21557-RAM    Doc 18    Filed 11/30/20    Page 2 of 5

Katayama W. Mabray  * IN THE U.S BANKRUPTCY COURT
 * SOUTHERN DISTRICT OF FLORIDA
Debtor  *
 * CASE NO: 20-21557
 *
 *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

The Defendant, Katayama W. Mabray, certifies and affirms that a copy of the forgoing **Debtor's Motion To Reopen Bankruptcy** were mailed First Class USPS to his creditors and Trustee, on this 23rd day of November 2020, to the following address,

**Scott Brown, Esq**
**1 SE 3 AVE #1400**
**MIAMI, FL 33131**

**See Creditor List Attached**

_Katayama W. Mabray_ (signature)
Katayama W. Mabray

Nov 23, 2020
Date

**Creditor List**

CAPITAL ONE BANK USA NA
PO BOX 30281
SALT LAKE CITY, UT 84130

CONTINENTAL FIN CO.
4550 NEW LINDEN HILL ROAD
WILMINGTON, DE 19808

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS, NV 89193

FIRST PREMIER BANK
3820 N. LOUISE AVE
SIOUX FALLS, SD 57107

IC SYSTEMS COLLECTIONS
PO BOX 64378
SAINT PAUL, MN 55164

LVNV FUNDING, LLC
C/O RESURGENT CAPITAL SERVICES
PO BOX 1269
GREENVILLE, SC 29601

MERRICK BANK
PO BANK 9201
OLD BETHPAGE, NY 11804

MIAMI-DADE EXPRESSWAY AUTHORITY
3790 NW 21 ST STREET
MIAMI, FL 33142

PLATINUM FINANCIAL SERVICECS CORP
C/O ASSG FORWARD PROPERTIES INC.
PO BOX 10247
ROCKVILLE, MD 20849

PORTFOLIO RECOVERY
120 CORPORATE BLVD SUITE 100
NORFOLK, VA 23502

SUNPASS
MILE POST 19 FLORIDA TURNPIKE
TURNPIKE, MIAMI FL 33186

THE HOME DEPOT/CBNA
5800 SOUTH CORPORATE PLACE
SIOUX FALLS, SD 57108

U.S DEPARTMENT OF TREASURY
P.O BOX 1686
BIRMINGHAM, AL 35201