United States Bankruptcy Court
Southern District of Florida

In re:                                                                                                              Case No. 20-21557-RAM
Katayama Wallace Mabray                                                                       Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 113C-1          User: valenciay          Page 1 of 2
Date Rcvd: Dec 22, 2020       Form ID: pdf004          Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Katayama Wallace Mabray, 11697 SW 153 Ct, Miami, FL 33196-5242 |
| 95924546 | + | CONTINENTAL FIN CO., 4550 NEW LINDEN HILL ROAD, WILMINGTON, DE 19808-2930 |
| 95924548 | + | FIRST PREMIER BANK, 3820 N. LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 95924549 | + | IC SYSTEMS COLLECTIONS, PO BOX 64378, SAINT PAUL, MN 55164-0378 |
| 95924556 | + | PLATINUM FINANCIAL SERVICECS CORP, C/O ASSG FORWARD PROPERTIES INC., PO BOX 10247, ROCKVILLE, MD 20849-0247 |
| 95924553 | | SUNPASS, MILE POST 19 FLORIDA TURNPIKE, TURNPIKE, MIAMI FL 33186 |
| 95924555 | + | THE HOME DEPOT/CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2020 02:30:35 | Synchrony Bank, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 95924545 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 23 2020 02:51:17 | CAPITAL ONE BANK USA NA, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 95924547 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 23 2020 02:42:13 | CREDIT ONE BANK, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 95924550 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 23 2020 02:31:16 | LVNV FUNDING, LLC, C/O RESURGENT CAPITAL SERVICES, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 95924551 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 23 2020 02:41:44 | MERRICK BANK, PO BANK 9201, OLD BETHPAGE, NY 11804-9001 |
| 95924552 | + | Email/Text: GoMDX@mdxway.com | Dec 23 2020 01:14:00 | MIAMI-DADE EXPRESSWAY AUTHORITY, 3790 NW 21 ST STREET, MIAMI, FL 33142-6812 |
| 95924557 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 23 2020 02:42:20 | PORTFOLIO RECOVERY, 120 CORPORATE BLVD SUITE 100, NORFOLK, VA 23502 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 113C-1 | User: valenciay | Page 2 of 2 |
| Date Rcvd: Dec 22, 2020 | Form ID: pdf004 | Total Noticed: 14 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2020          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Scott N Brown | sbrown@bastamron.com  jarrechavala@bastamron.com;snbrown@ecf.axosfs.com;F003@ecfcbis.com |

TOTAL: 2



**ORDERED in the Southern District of Florida on December 18, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                    )    CASE NO.  20-21557-RAM
                                          )    CHAPTER  7
KATAYAMA WALLACE MABRAY,                  )
                                          )
            Debtor.                       )
                                          )

**ORDER REINSTATING CHAPTER 7 CASE**

This matter came before the Court, without a hearing, upon the debtor's motion for reinstatement of the above captioned case [ECF No. 18], which case had been dismissed by prior order of the Court.

Upon consideration of the debtor's/debtors' motion and the presentation at the hearing, if applicable, the Court **ORDERS** as follows:

A.  The above captioned case is reinstated effective upon entry of this order.

B.  Pursuant to 11 U.S.C. §362(c)(2)(B), the automatic stay terminated on the date this case was dismissed and was not in effect from such date until the entry of this order.

        The automatic stay under 11 U.S.C. §362 shall become effective as of the date of entry of this order.

C.      The Order Discharging Trustee, if entered, is vacated.

D.      If not previously filed, any and all documents required to be filed by the debtor(s) under 11 U.S.C. §521(a)(1), Bankruptcy Rule 1007, and Local Rule 1007-1 shall be filed no later than 14 days after entry of this order.

E.      If the debtor(s) fail(s) to timely comply with any requirements of this order, the above captioned case will be dismissed without further notice or hearing.

F.      Status of meeting of creditors under 11 U.S.C. §341 and related deadlines [select 1 or 2]:

[X] 1. Because this case was dismissed prior to the conclusion of the meeting of creditors under 11 U.S.C. §341, the previously scheduled meeting of creditors was canceled. In accordance with Local Rules 3002-1(B)(2), 4004-2(B)(1) and 4007-1(B)(1), the Clerk will provide notice to all parties of record of the date of the rescheduled meeting of creditors and applicable deadlines for the filing of proof of claim, objections to discharge and objections to the dischargeability of particular debts.

☐ 2. This case was dismissed after the meeting of creditors under 11 U.S.C. §341. Any applicable deadlines in accordance with Local Rules 3002-1(B)(2), 4004-2(A)(2)(a), 4004-2(B)(1) and 4007-1(B)(1) will be reset by separate order.

###

Copies to:
All parties of record by Clerk