United States Bankruptcy Court

Southern District of Florida

In re:

Katayama Wallace Mabray

     Debtor

Case No. 20-21557-RAM

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 113C-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 26, 2021 | Form ID: 318 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Katayama Wallace Mabray, 11697 SW 153 Ct, Miami, FL 33196-5242 |
| 95924546 | + | CONTINENTAL FIN CO., 4550 NEW LINDEN HILL ROAD, WILMINGTON, DE 19808-2930 |
| 95924556 | + | PLATINUM FINANCIAL SERVICECS CORP, C/O ASSG FORWARD PROPERTIES INC., PO BOX 10247, ROCKVILLE, MD 20849-0247 |
| 95924553 | | SUNPASS, MILE POST 19 FLORIDA TURNPIKE, TURNPIKE, MIAMI FL 33186 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BSNBROWN | Mar 27 2021 02:53:00 | Scott N Brown, 1 SE 3 Ave #1400, Miami, FL 33131-1708 |
| smg | | EDI: FLDEPREV.COM | Mar 27 2021 02:53:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Mar 27 2021 02:40:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| cr | + | EDI: RMSC.COM | Mar 27 2021 02:53:00 | Synchrony Bank, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 95924545 | + | EDI: CAPITALONE.COM | Mar 27 2021 02:53:00 | CAPITAL ONE BANK USA NA, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 95924547 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 27 2021 02:49:33 | CREDIT ONE BANK, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 95924548 | + | EDI: AMINFOFP.COM | Mar 27 2021 02:53:00 | FIRST PREMIER BANK, 3820 N. LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 95924549 | + | EDI: IIC9.COM | Mar 27 2021 02:53:00 | IC SYSTEMS COLLECTIONS, PO BOX 64378, SAINT PAUL, MN 55164-0378 |
| 95924550 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2021 02:51:52 | LVNV FUNDING, LLC, C/O RESURGENT CAPITAL SERVICES, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 95924551 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 27 2021 02:50:57 | MERRICK BANK, PO BANK 9201, OLD BETHPAGE, NY 11804-9001 |
| 95924552 | + | Email/Text: GoMDX@mdxway.com | Mar 27 2021 02:36:00 | MIAMI-DADE EXPRESSWAY AUTHORITY, 3790 NW 21 ST STREET, MIAMI, FL 33142-6812 |
| 95924557 | | EDI: PRA.COM | Mar 27 2021 02:53:00 | PORTFOLIO RECOVERY, 120 CORPORATE BLVD SUITE 100, NORFOLK, VA 23502 |
| 95924555 | + | EDI: CITICORP.COM | Mar 27 2021 02:53:00 | THE HOME DEPOT/CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |

TOTAL: 13

District/off: 113C-1                     User: admin                                    Page 2 of 2

Date Rcvd: Mar 26, 2021                  Form ID: 318                                   Total Noticed: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2021                    Signature:        /s/Joseph Speetjens

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Katayama Wallace Mabray** | Social Security number or ITIN   **xxx–xx–4790** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Southern District of Florida**

Case number:   **20–21557–RAM**

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Katayama Wallace Mabray**

March 26, 2021

**By the court:**

**Robert A Mark**
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---